IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:17-CV-00178-RJ

| | |
|---|---|
| TAMMY QUICK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | AMENDED ORDER FOR |
| ) | PAYMENT OF ATTORNEY FEES, |
| ) | COSTS AND EXPENSES UNDER THE |
| NANCY A. BERRYHILL, ) | EQUAL ACCESS TO JUSTICE ACT |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

Upon stipulation and agreement of the parties, it is ORDERED that Defendant pay to Plaintiff $5,200.00 in attorney's fees, $20.40 in expenses, and $400 in filing fees, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Jonathan P. Miller, and mailed to his office at 1213 Culbreth Drive, Wilmington, North Carolina 28405, in accordance with Plaintiff's assignment to her attorney of her right to payment of attorney's fees under the Equal Access to Justice Act.

SO ORDERED this 31st day of August, 2018

ROBERT B. JONES, JR.
UNITED STATES MAGISTRATE JUDGE